AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X  Patents or ___ Trademarks:

| DOCKET NO.<br>06cv187 | DATE FILED<br>3/17/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br><br>Automotive Technologies International Inc. | | DEFENDANT<br><br>American Honda Motor Company, Elesys North America Inc. and General Motors Corporation |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,901,978 | 5/11/99 | Automotive Technologies International Inc. |
| 2 | 6,242,701 B1 | 6/05/01 | Automotive Technologies International Inc. |
| 3 | 6,325,414 B2 | 12/4/01 | Automotive Technologies International Inc. |
| 4 | 6,397,136 B1 | 5/28/02 | Automotive Technologies International Inc. |
| 5 | 6,422,595 B1 | 7/23/02 | Automotive Technologies International Inc. |
|   | 6,869,100 B2 | 3/22/05 | Automotive Technologies International Inc. |
|   | 6,757,602 B2 | 6/29/04 | Automotive Technologies International Inc. |
|   | 6,712,387 B1 | 3/30/04 | Automotive Technologies International Inc. |
|   | 6,942,248 B2 | 9/13/05 | Automotive Technologies International Inc. |
|   | 6,950,022 B2 | 9/27/05 | Automotive Technologies International Inc. |
|   | 6,958,451 B2 | 10/25/05 | Automotive Technologies International Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

AO 120 (Rev. 3/04)

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| PETER T. DALLEO, CLERK OF COURT | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**