✎ AO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Delaware

# ORIGINAL

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,
    Plaintiff,

V.

AMERICAN HONDA MOTOR COMPANY,
ELESYS NORTH AMERICA, INC. and
GENERAL MOTORS CORPORATION,
    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:                    7

TO: (Name and address of Defendant)
Elesys North America, Inc.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days  after  service
of  this  summons  on  you,  exclusive  of  the  day  of  service. If  you  fail  to  do so,  judgment by default  will be taken against you for
the  relief  demanded  in  the  complaint. Any  answer  that  you  serve  on  the  parties  to  this  action  must  be  filed  with  the  Clerk of  this
Court within a reasonable period of time after service.

PETER T. DALLEO

MAR 1 7 2006

CLERK

(By) DEPUTY CLERK

DATE

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  March 20 2006 |
| NAME OF SERVER *(PRINT)*  Robert Bowen | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where  Secretary Of State of Delaware, 401 Federal Street
Dover DE 19904. Service Accepted by Rachelle Finfinger at 4:15 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-20-06                    Robert Bowen
　　　　　　　　　*Date*　　　　　　　　　*Signature of Server*

32 Wickerman Square Ste 109 Dover DE 19901
　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.