IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR COMPANY, a California corporation, ELESYS NORTH AMERICA, INC., a Georgia corporation, and GENERAL MOTORS CORPORATION, a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 06-187-GMS |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time for defendants to answer, move or otherwise plead in response to the Complaint in this action is extended to and including June 12, 2006.

| | |
|---|---|
| MORRIS, JAMES, HITCHENS & WILLIAMS, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Richard K. Herrmann | /s/ Thomas C. Grimm |
| _____ | _____ |
| Richard K. Herrmann (#2696) | Thomas C. Grimm (#1098) |
| 222 Delaware Avenue, 10th Floor | 1201 N. Market Street |
| P.O. Box 2306 | P.O. Box 1347 |
| Wilmington, DE 19899-2306 | Wilmington, DE 19899-1347 |
| (302) 888-6800 | (302) 658-9200 |
| rherrmann@morrisjames.com | tcgefiling@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ___ day of April 2006.

_____
United States District Judge

514935