## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 06-187 GMS |
| AMERICAN HONDA MOTOR COMPANY, a California corporation, ELESYS NORTH AMERICA, INC., a Georgia corporation, and GENERAL MOTORS CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

## AFFIDAVIT PURSUANT TO D. DEL. LR 4.1 (b)

| | | |
|---|---|---|
| STATE OF DELAWARE | : | |
| | : | SS: |
| COUNTY OF NEW CASTLE | : | |

**BE IT REMEMBERED** that on this 10th day of April, A.D. 2006, personally came

before me, the Subscriber, a Notary Public for the State and County aforesaid, Richard K. Herrmann,

attorney for the Plaintiff, who being sworn according to law did depose and say as follows:

**DEFENDANT AMERICAN HONDA MOTOR COMPANY:**

1.  That to the best of his knowledge, the Defendant American Honda Motor Company is

a nonresident of the State of Delaware whose name and address is as follows:

> American Honda Motor Company
> 1919 Torrance Boulevard
> Torrance, CA  90501

2.      That on March 17, 2006, the Complaint in the above-captioned action was filed; that on March 17, 2006 the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

3.      That on March 30, 2006, the Return of Service was filed, a copy of which is attached as Exhibit A.

4.      That on March 31, 2006, Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit B, to be mailed by Registered Mail to the following defendant: American Honda Motor Company.

5.      That on April 7, 2006, he, Richard K. Herrmann, Esquire, received from the postal authority the domestic return receipt attached hereto as Exhibit C.

6.      That the said receipt has the same registered number, to-wit: RB 420 632 824 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit D.

**DEFENDANT ELESYS NORTH AMERICA, INC.:**

7.      That to the best of his knowledge, the Defendant Elesys North America, Inc. is a nonresident of the State of Delaware whose name and address is as follows:

> Elesys North America, Inc.
> 70 Crestridge Drive, Suite 150
> Suwanee, GA  30024

8.      That on March 17, 2006, the Complaint in the above-captioned action was filed; that on March 17, 2006 the Clerk issued a Summons to serve the Secretary of State pursuant to 10 Del. C. § 3104.

9.      That on March 30, 2006, the Return of Service was filed, a copy of which is attached as Exhibit E.

10.     That on March 31, 2006, Richard K. Herrmann, Esquire, caused a copy of the Notice, attached hereto as Exhibit F, to be mailed by Registered Mail to the following defendant: Elesys North America, Inc.

11.     That on April 6, 2005, he, Richard K. Herrmann, Esquire, received from the postal authority the domestic return receipt attached hereto as Exhibit G.

12.     That the said receipt has the same registered number, to-wit: RB 420 632 838 US, as the receipt received at the time of the mailing of said notice, attached hereto as Exhibit H.

Dated: April 11, 2006

_____
Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

SWORN TO AND SUBSCRIBED before me the day and year aforesaid:

_____
Notary Public

SHEILA M. GODWIN
Notary Public - State of Delaware
My Comm. Expires Mar. 17, 2009

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2006, I electronically filed the foregoing

document, **AFFIDAVIT PURSUANT TO D. DEL. LR 4.1 (b)**, with the Clerk of the Court using

CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

Dated: April 11, 2006

Richard K. Herrmann #405
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

# EXHIBIT  A

✎ AO 440  (Rev. 8/01)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Delaware

## ORIGINAL

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,
        Plaintiff,

                    V.

AMERICAN HONDA MOTOR COMPANY,
ELESYS NORTH AMERICA, INC. and
GENERAL MOTORS CORPORATION,
        Defendants.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:        0 6    1 8 7

TO: (Name and address of Defendant)

American Honda Motor Company
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail  to  do so, judgment by default  will be taken against you for
the relief demanded  in  the complaint. Any answer that you serve  on  the parties  to  this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO                                      MAR 1 7 2006

CLERK                                                DATE

_Euotte Wala_

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

✎ AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 20, 2006 |
| NAME OF SERVER *(PRINT)*  Robert Biwer | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where ___Secretary of State of Delaware, 401 Federal Street___ ___Diver DE 19901. Service Accepted by Rochelle Eintingen At 4:15 pm.___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-20-06___        ___Bob Bowler___
                   Date                    Signature of Server

___32 Woodman Square Dr 105 Diver DE 19804___
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.

CM/ECF LIVE - U.S. District Court:ded                                              Page 1 of 1

## Service of Process:
1:06-cv-00187-GMS Automotive Technologies International Inc. v. American Honda Motor Company et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Herrmann, Richard entered on 3/30/2006 at 7:11 PM EST and filed on 3/30/2006

**Case Name:**          Automotive Technologies International Inc. v. American Honda Motor Company et al
**Case Number:**        1:06-cv-187
**Filer:**              Automotive Technologies International Inc.
**Document Number:** 5

**Docket Text:**
Return of Service Executed by Automotive Technologies International Inc.. American Honda Motor Company served on 3/20/2006, answer due 4/10/2006. (Herrmann, Richard)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/30/2006] [FileNumber=193116-0]
[740d862320ec4b770ac4591d2dcf484ebcc1f29b3d08d7bc2152b995aaf5a651394c
c38276fc7450af7c1b62b0e3c28cdb4b98e033889ac321325b1878eee113]]

**1:06-cv-187 Notice will be electronically mailed to:**

Richard K. Herrmann    rherrmann@morrisjames.com,

**1:06-cv-187 Notice will be delivered by other means to:**

# EXHIBIT  B

# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 31, 2006

**VIA REGISTERED MAIL NO. RB 420 632 824 US**
**RETURN RECEIPT REQUESTED**

American Honda Motor Company
1919 Torrance Blvd
Torrance, CA 90501

Re:    *Automotive Technologies International, Inc. v. American Honda Motor*
*Company, Elesys North America, Inc. and General Motors Corporation*
*D. Del., C.A. No. 05-494 JJF*

To whom it may concern:

Please be advised that American Honda Motor Company has been served with Process (Summons) and Complaint in Delaware pursuant to 10 <u>Del. C.</u> § 3104. Service of the original Summons and Complaint in the above referenced case has been made upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 <u>Del. C.</u> § 3104, such service is as effectual to all intents and purposes as if it had been made upon American Honda Motor Company within Delaware.

Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

Yours,

Richard K. Herrmann

RKH/sch
Enclosures

# EXHIBIT  C

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American Honda Motor Co.
1919 Torrance Blvd
Torrance, CA 90501

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery
APR 0    2006

D. Is delivery address different from Item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☑ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   *(Transfer from service label)*    RB 420 632 824 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT   D



Registered No. _R.B. 420632-824 US_

| | |
|---|---|
| Reg. Fee $ | $7.90 |
| Handling Charge $ | $0.00 |
| Postage $ | $12.95 |
| Received by | LS |

Return Receipt $ $1.85
Restricted Delivery $ $0.00

**Date Stamp**
WILMINGTON DE 19801
0501
17
03/31/2006

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

To Be Completed By Post Office

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM
Richard K. Herrmann
Morris James Hitchens & Williams
222 Delaware Ave, PO Box 2306
Wilmington, DE 19899-2306

TO
American Honda Motor Company
1919 Torrance Blvd
Torrance CA 90501

PS Form **3806**,
June 2002
**Receipt for Registered Mail**       Copy 1 - Customer
*(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

# EXHIBIT   E

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### District of Delaware

ORIGINAL

AUTOMOTIVE TECHNOLOGIES
INTERNATIONAL, INC.,
    Plaintiff,

         V.

AMERICAN HONDA MOTOR COMPANY,
ELESYS NORTH AMERICA, INC. and
GENERAL MOTORS CORPORATION,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:                          7

TO: (Name and address of Defendant)

Elesys North America, Inc.
c/o Delaware Secretary of State
401 Federal Street, Suite 3
Dover, DE  19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____ Twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

PETER T. DALLEO

MAR 1 7 2006

CLERK

DATE

_Evette Waters_

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *March 20, 2006* |
| NAME OF SERVER *(PRINT)* *Robert Brown* | TITLE *Process Server* |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where *Secretary of State of Delaware, 401 Federal Street Dover DE 19904. Service Accepted by Rochelle Fin Finger at 4:15 p.m.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *3-20-06*  _____
　　　　　　　　Date　　　　　　Signature of Server

*37 Luxembourg Square Ste 109 Dover DE 19904*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CM/ECF LIVE - U.S. District Court:ded                                    Page 1 of 1

## Service of Process:
1:06-cv-00187-GMS Automotive Technologies International Inc. v. American Honda Motor Company et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from Herrmann, Richard entered on 3/30/2006 at 7:12 PM EST and filed on 3/30/2006

**Case Name:**          Automotive Technologies International Inc. v. American Honda Motor Company et al
**Case Number:**        1:06-cv-187
**Filer:**              Automotive Technologies International Inc.
**Document Number:** 6

**Docket Text:**
Return of Service Executed by Automotive Technologies International Inc.. Elesys North America Inc. served on 3/20/2006, answer due 4/10/2006. (Herrmann, Richard)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/30/2006] [FileNumber=193119-0]
[221113d7851a6cab1dafa52ff90032999aa4440f3034ad8fc84eaf2d8bdd79019ff5
8f03835f47c4fd479261286127deeefb97a68f8a32d00024720fb9097ac7]]

**1:06-cv-187 Notice will be electronically mailed to:**

Richard K. Herrmann    rherrmann@morrisjames.com,

**1:06-cv-187 Notice will be delivered by other means to:**

# EXHIBIT   F

# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 31, 2006

**VIA REGISTERED MAIL NO. RB 420 632 838 US**
**RETURN RECEIPT REQUESTED**

Elesys North America, Inc.
70 Crestridge Drive, Suite 150
Suwanee, GA 30024

Re:   *Automotive Technologies International, Inc. v. American Honda Motor*
      *Company, Elesys North America, Inc. and General Motors Corporation*
      *D. Del., C.A. No. 05-494 JJF*

To whom it may concern:

Please be advised that Elesys North America, Inc. has been served with Process (Summons) and Complaint in Delaware pursuant to 10 Del. C. § 3104. Service of the original Summons and Complaint in the above referenced case has been made upon the Delaware Secretary of State as agent for acceptance of legal process. Under 10 Del. C. § 3104, such service is as effectual to all intents and purposes as if it had been made upon Elesys North America, Inc. within Delaware.

Enclosed please find a copy of the Summons and Return of Service and the Complaint. Thank you for your attention to this matter.

Yours,

Richard K. Herrmann

RKH/sch
Enclosures

# EXHIBIT  G

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Elesys North America, Inc
70 Crestridge Dr, Ste 150
Suwanee, GA     30024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Brad Medley    ☐ Agent
                 ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   8/3/00

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☑ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    RB 420 632 838 US

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

# EXHIBIT   H



**Registered No.** RB 0420032 838 US

**Date Stamp** WILMINGTON STA 17 MAR 31 2006 USPS
03/31/2006

| | | | |
|---|---|---|---|
| Reg. Fee $ | $7.90 | | |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 |
| Postage $ | $10.45 | Restricted Delivery $ | $0.00 |
| Received by | | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ ___  O

☐ With Postal Insurance
☒ Without Postal Insurance

**To Be Completed By Customer** (Please Print) All Entries Must Be in Ballpoint or Typed

FROM  Richard K. Herrmann
Morris James Hitchens + Williams
222 Delaware Ave, PO Box 2306
Wilmington, DE 19899-2306

TO  Elesys North America, Inc.
70 Chestridge Dr, Ste 150
Suwanee, GA 30024

PS Form **3806**, June 2002    **Receipt for Registered Mail**    Copy 1 - Customer (See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®