# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 06-187 GMS |
| AMERICAN HONDA MOTOR COMPANY, et al. | ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew Kochanowski, Esquire of the law firm of Sommers, Schwartz, P.C. to represent Plaintiff Automotive Technologies International, Inc. in this matter.

Dated:  April 27, 2006          _____/s/ Richard K. Herrmann_____
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date:  _____          _____
The Honorable Gregory M. Sleet

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Illinois and Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: March 30, 2006

Signed: _Andrew Kochanowski_

Andrew Kochanowski, Esq.
Sommers, Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2006, I electronically filed the

foregoing document, **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**, with the

Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Thomas C. Grimm, Esq.
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>Wilmington, DE  19801


>_____/s/ Richard K. Herrmann_____
>Richard K. Herrmann (I.D. No. 405)
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, Delaware 19801
>(302) 888-6800
>rherrmann@morrisjames.com
>
>Attorneys for Plaintiff
>AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.