IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| AMERICAN HONDA MOTOR COMPANY, et al., | ) ) ) |
| Defendants. | ) |

C.A. No. 06-187-GMS

**AMERICAN HONDA MOTOR COMPANY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant American Honda Motor Company submits the following in accordance with Federal Rule of Civil Procedure 7.1:

American Honda Motor Company is a wholly owned subsidiary of Honda Motor Co., Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com
(302) 658-9200
  *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200

May 18, 2006
520251

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 18, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

  Richard K. Herrmann, Esquire
  MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 18, 2006 upon the following individuals in the manner indicated:

  **BY HAND**

  Richard K. Herrmann, Esquire
  MORRIS, JAMES, HITCHENS & WILLIAMS LLP
  222 Delaware Avenue, 10th Floor
  Wilmington, DE  19801


            */s/ Thomas C. Grimm*

            Thomas C. Grimm (#1098)
            tgrimm@mnat.com

520251