IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., ) ) ) Plaintiff, ) ) v. ) ) AMERICAN HONDA MOTOR COMPANY, et al., ) ) Defendants. ) | C.A. No. 06-187-GMS |

**GENERAL MOTORS CORPORATION'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Defendant General Motors Corporation submits the following in accordance with Federal Rule of Civil Procedure 7.1:

Defendant General Motors Corporation has no parent corporations. The following publicly-held companies own 10% or more of General Motors Corporation's stock:

    State Street Bank & Trust Company
    Capital Research and Management Company
    Brandes Investment Partners, L.P.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com
(302) 658-9200
  *Attorneys for Defendants*

May 18, 2006
520252

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Richard K. Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on May 18, 2006 upon the following individuals in the manner indicated:

### **BY HAND**

>Richard K. Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE  19801

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

520252