IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., ) ) ) | |
| Plaintiff, ) ) ) | C.A. No. 06-187-GMS |
| v. ) ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., ELESYS NORTH AMERICA, INC., and GENERAL MOTORS CORPORATION, ) ) ) ) | |
| Defendants. | |

## DEFENDANTS' MOTION TO TRANSFER

Defendants American Honda Motor Company, Elesys North America, Inc. and General Motors Corporation hereby move to transfer this action pursuant to 28 U.S.C. § 1404(a) to the Eastern District of Michigan. The grounds for this motion are set forth in defendants' opening brief and supporting declarations, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
  *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200

June 7, 2006
523301

## **RULE 7.1.1 CERTIFICATE**

The undersigned counsel for defendants certifies that counsel for defendants spoke with counsel for plaintiff who indicated that plaintiff would oppose defendants' motion to transfer.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on June 7, 2006 upon the following individuals in the manner indicated:

### BY HAND

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL  60606

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

523301