# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

July 3, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:   *Automotive Technologies International, Inc. v. American Honda Motor Company, Inc., et al.,* **Civil Action No. 06-187-GMS**

Your Honor:

Pursuant to Local Rule 7.1.4, Plaintiff Automotive Technologies International, Inc. requests oral argument on Defendants' Joint Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). Briefing on this motion was completed on Wednesday, June 28th.

Respectfully,

/s/ *Richard K. Herrmann*

Richard K. Herrmann, #405
rherrmann@morrisjames.com

RKH/sch

cc:    Thomas C. Grimm, Esq. (via email)
         Timothy Q. Delaney, Esq. (via email)