IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN HONDA MOTOR COMPANY, et al. )<br>)<br>Defendants. )<br>_____) | C.A. No. 06-187 GMS |

**PLAINTIFF'S ANSWERS TO GENERAL MOTORS
CORPORATION'S COUNTERCLAIMS**

For its Answers to GM's Counterclaims, ATI states as follows:

1. This Court has jurisdiction over these Counterclaims pursuant to Rule 13, Fed. R. Civ. P. Jurisdiction in this Court also is proper pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202. Venue is proper for these Counterclaims because ATI elected this forum for suit and pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). Pursuant to 28 U.S.C. § 1404(a), venue is also proper in the United States District Court for the Eastern District of Michigan.

**ANSWER:**

ATI admits that this Court has jurisdiction over this matter, and that venue is proper in this District. ATI denies that venue is proper in the United States District Court for the Eastern District of Michigan.

2.  An actual controversy exists between the parties as to the asserted infringement, validity, and enforceability of the U.S. Patent Nos. 5,901,978, 6,397,136, 6,422,595, 6,869,100, 6,757,602, 6,942,248, 6,484,080, and 6,850,824 ("Patents-in-suit").

**ANSWER:**

ATI admits there is a controversy, but denies that the subject patents are invalid and/or unenforceable.

## FIRST COUNTERCLAIM

## DECLARATION OF NONINFRINGEMENT OF THE PATENTS-IN-SUIT

3.  GM repeats and re-alleges the allegations of paragraphs 1 through 2 of these Counterclaims.

**ANSWER:**

ATI repeats and realleges its responses to Paragraphs 1 and 2 to this Counterclaim.

4.  GM has not infringed and is not infringing, either directly, contributorily, or by active inducement, any claim of the Patents-in-suit.

**ANSWER:**

Denied.

## SECOND COUNTERCLAIM

## DECLARATION OF INVALIDITY OF THE PATENTS-IN-SUIT

5. GM repeats and re-alleges the allegations of paragraphs 1 through 2 of these Counterclaims.

**ANSWER:**

ATI repeats and realleges its responses to Paragraphs 1 and 2 to this Counterclaim

6. The Patents-in-suit are invalid and void for failure to comply with the requirements of Title 35, United States Code, including, but not limited to, §§ 102, 103, and 112.

**ANSWER:**

Denied.

## EXCEPTIONAL CASE

ATI's attempt to read the claims of the patents-in-suit on the activities and products of GM make this case exceptional under 35 U.S.C. § 285.

**ANSWER**

Denied.

## PRAYER FOR RELIEF

**WHEREFORE,** GM prays for a judgment:

a) dismissing ATI's First Amended Complaint with prejudice;

b) declaring that GM has not infringed any claim of the Patents-in-suit;

c) declaring that the Patents-in-suit are invalid;

    d)    adjudging this case to be an exceptional case pursuant to 35 U.S.C. § 285, and awarding GM its costs and attorney fees; and

    e)    granting such other and further relief as the Court may deem just and proper.

## ANSWER

    a)    That Defendant's request be denied.

    b)    That Defendant's request be denied.

    c)    That Defendant's request be denied.

    d)    That Defendant's request be denied.

    e)    That ATI be granted its prayer of relief.

## ATI AFFIRMATIVE DEFENSES

1. That Defendant fails to state a claim for alleged invalidity, as there is no factual basis whatsoever set forth supporting alleged invalidity.

2. That Defendant fails to state a claim for alleged unenforceability, as there is no factual basis whatsoever set forth supporting alleged unenforceability.

Dated: July 3, 2006                           */s/ Richard K. Herrmann*
                                                Richard K. Herrmann (I.D. No. 405)
                                                MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
                                                222 Delaware Avenue, 10th Floor
                                                Wilmington, Delaware 19801
                                                (302) 888-6800
                                                rherrmann@morrisjames.com

                                                SOMMERS SCHWARTZ, P.C.
                                                Andrew Kochanowski
                                                2000 Town Center, Suite 900
                                                Southfield, MI 48075
                                                (248) 355-0300

BANIAK PINE & GANNON
Michael H. Baniak
Attorneys for Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360


Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

5

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of July, 2006, I electronically filed the foregoing document, **PLAINTIFF'S ANSWERS TO GENERAL MOTORS CORPORATION'S COUNTERCLAIMS**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Thomas C. Grimm, Esq.
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>Wilmington, DE  19801

Additionally, I hereby certify that on the 3rd day of July, 2006, the foregoing document was served as indicated on the following non-registered participants:

| **VIA EMAIL & HAND DELIVERY** | **VIA EMAIL & FEDERAL EXPRESS** |
|---|---|
| Thomas C. Grimm, Esq. | Timothy Q. Delaney, Esq. |
| Morris, Nichols, Arsht & Tunnell LLP | Ralph J. Gabric, Esq. |
| 1201 North Market Street | Miyoung Shin, Esq. |
| Wilmington, DE  19801 | Rickard DeMille, Esq. |
| | Brinks Hofer Gilson & Lione |
| | NBC Tower – Suite 3600 |
| | 455 North Cityfront Plaza Drive |
| | Chicago, IL  60611 |

>  */s/ Richard K. Herrmann*
> Richard K. Herrmann (I.D. No. 405)
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801
> (302) 888-6800
> rherrmann@morrisjames.com
>
> Attorneys for Plaintiff
> AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.