IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-187-GMS |
| AMERICAN HONDA MOTOR COMPANY, et al., | ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF SERVICE**

I hereby certify that on July 14, 2006, copies of (1) *Defendant Elesys North America, Inc.'s First Set Of Interrogatories To Plaintiff Automotive Technologies International, Inc.*, (2) *Defendant General Motors Corporation's First Set Of Interrogatories To Plaintiff Automotive Technologies International, Inc.*, (3) *Defendant American Honda Motor Co., Inc.'s First Set Of Interrogatories To Plaintiff Automotive Technologies International, Inc.*, and (4) *Joint Defendants' First Set Of Requests For Production Of Documents And Things Directed To Plaintiff* were served upon counsel of record in the manner indicated:

**BY HAND**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075

    Michael H. Baniak, Esquire
    BANIAK PINE & GANNON
    150 N. Wacker Drive, Suite 1200
    Chicago, IL  60606

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Benjamin J. Schladweiler*
    _____
    Thomas C. Grimm (#1098)
    Benjamin J. Schladweiler (#4601)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
    tgrimm@mnat.com
    bschladweiler@mnat.com
    (302) 658-9200
      *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200

Dated:  July 14, 2006
528880

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 14, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com