# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

July 26, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:  *Automotive Technologies International, Inc. v. American Honda Motor Company, Inc., et al.,* Civil Action No. 06-187-GMS

Your Honor:

Following up on Monday's hearing with the Court with respect to Defendants' Motion to Transfer, we write to advise that two of the three defendants in the newly filed case that was referenced yesterday, *Automotive Technologies International, Inc. v. Hyundai Motor America, et al.*, D.Del., C.A. No. 06-391 GMS, are not Delaware corporations as Plaintiff's counsel indicated during the hearing. Hyundai Motor America and Kia Motors America, Inc. are in fact California corporations which are qualified to do business here in Delaware. We had incorrectly advised Mr. Kochanowski that these entities were Delaware corporations at the time of filing of the new matter and we did not realize our mistake until after yesterday's conference. We apologize for the confusion to the Court.

This error does not change in any way the substance of Plaintiff's argument since both Hyundai and Kia are nevertheless subject to the general jurisdiction of this Court, having qualified to do business in this state and appointed agents to accept process. See, Sternberg v. O'Neil, Del. Supr., 550 A. 2d 1105, 1116 (1988).

Respectfully,

Richard K. Herrmann, #405
rherrmann@morrisjames.com

RKH/sch

cc:   Thomas C. Grimm, Esq. (via email)
      Ralph J. Gabric, Esq. (via email)