IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR COMPANY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 06-187-GMS |

## NOTICE OF SERVICE

I hereby certify that on August 7, 2006, copies of (1) *Defendant and Counterclaim Plaintiff American Honda Motor Co., Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)*; (2) *Defendant and Counterclaim Plaintiff Elesys North America Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26 (a)*; and (3) *Defendant and Counterclaim Plaintiff General Motors Corporation's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)* were served upon counsel of record in the manner indicated:

**BY E-MAIL**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Benjamin J. Schladweiler*
          _____
          Thomas C. Grimm (#1098)
          Benjamin J. Schladweiler (#4601)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          tgrimm@mnat.com
          bschladweiler@mnat.com
          (302) 658-9200
            *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200

August 8, 2006
521066

## CERTIFICATE OF SERVICE

I hereby certify that on August 8 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Richard K. Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on August 8, 2006 upon the following individuals in the manner indicated:

### BY HAND

>Richard K. Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>222 Delaware Avenue, 10th Floor
>Wilmington, DE  19801

### BY FACSIMILE

>Andrew Kochanowski, Esquire
>SOMMERS SCHWARTZ, P.C.
>2000 Town Center, Suite 900
>Southfield, MI  48075

>Michael H. Baniak, Esquire
>BANIAK PINE & GANNON
>150 N. Wacker Drive, Suite 1200
>Chicago, IL  60606

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

521066