IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., ) ) ) Plaintiff, ) ) vs. ) AMERICAN HONDA MOTOR COMPANY, et al. ) ) ) Defendants. ) ) | C.A. No. 06-187 GMS |

**NOTICE OF SERVICE**

Please take notice that on the 28th day of August, 2006, copies of the following documents:

**(1)    PLAINTIFF'S RESPONSES TO JOINT DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS;**

**(2)    PLAINTIFF'S ANSWERS TO DEFENDANT GENERAL MOTORS CORPORATION'S FIRST SET OF INTERROGATORIES;**

**(3)    PLAINTIFF'S ANSWERS TO DEFENDANT AMERICAN HONDA MOTOR CO., INC.'S FIRST SET OF INTERROGATORIES; and**

**(4)    PLAINTIFF'S ANSWERS TO DEFENDANT ELESYS NORTH AMERICA, INC.'S FIRST SET OF INTERROGATORIES**

were served on counsel as indicated:

**VIA FEDERAL EXPRESS**
Ralph Gabric, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL  60611

1

Dated: September 1, 2006         */s/ Richard K. Herrmann*
                                 Richard K. Herrmann (I.D. No. 405)
                                 MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
                                 222 Delaware Avenue, 10th Floor
                                 Wilmington, Delaware 19801
                                 (302) 888-6800
                                 rherrmann@morrisjames.com

                                 SOMMERS SCHWARTZ, P.C.
                                 Andrew Kochanowski
                                 2000 Town Center, Suite 900
                                 Southfield, MI 48075
                                 (248) 355-0300

                                 BANIAK PINE & GANNON
                                 Michael H. Baniak
                                 Attorneys for Plaintiff
                                 150 N. Wacker Drive, Suite 1200
                                 Chicago, IL 60606
                                 (312) 673-0360

                                 Attorneys for Plaintiff
                                 AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Thomas C. Grimm, Esq.
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> Wilmington, DE  19801

Additionally, I hereby certify that on the 1st day of September, 2006, the foregoing document was served as indicated on the following counsel:

| VIA EMAIL | VIA EMAIL |
|---|---|
| Thomas C. Grimm, Esq. | Timothy Q. Delaney, Esq. |
| Morris, Nichols, Arsht & Tunnell LLP | Ralph J. Gabric, Esq. |
| 1201 North Market Street | Miyoung Shin, Esq. |
| Wilmington, DE  19801 | Rickard DeMille, Esq. |
| | Brinks Hofer Gilson & Lione |
| | NBC Tower – Suite 3600 |
| | 455 North Cityfront Plaza Drive |
| | Chicago, IL  60611 |

       */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.