IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN HONDA MOTOR COMPANY, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No. 06-187 GMS |

**NOTICE OF SERVICE**

Please take notice that on the 29th day of August, 2006, copies of the following documents:

**(1)** **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S FIRST SET OF INTERROGATORIES TO DEFENDANT ELESYS N.A., INC.;**

**(2)** **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S FIRST SET OF INTERROGATORIES TO DEFENDANT AMERICAN HONDA MOTOR COMPANY;**

**(3)** **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S FIRST SET OF INTERROGATORIES TO DEFENDANT GENERAL MOTORS CORPORATION;**

**(4)** **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO ELESYS N.A., INC.;**

**(5)** **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO AMERICAN HONDA MOTOR COMPANY; and**

**(6)** **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO GENERAL MOTORS CORPORATION**

were served on counsel as indicated:

**VIA EMAIL AND FIRST CLASS MAIL**
Ralph Gabric, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL  60611


Dated:  September 1, 2006            /s/ Richard K. Herrmann
                                     Richard K. Herrmann (I.D. No. 405)
                                     MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
                                     222 Delaware Avenue, 10th Floor
                                     Wilmington, Delaware 19801
                                     (302) 888-6800
                                     rherrmann@morrisjames.com

                                     SOMMERS SCHWARTZ, P.C.
                                     Andrew Kochanowski
                                     2000 Town Center, Suite 900
                                     Southfield, MI 48075
                                     (248) 355-0300

                                     BANIAK PINE & GANNON
                                     Michael H. Baniak
                                     Attorneys for Plaintiff
                                     150 N. Wacker Drive, Suite 1200
                                     Chicago, IL 60606
                                     (312) 673-0360

                                     Attorneys for Plaintiff
                                     AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Thomas C. Grimm, Esq.
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>Wilmington, DE 19801

Additionally, I hereby certify that on the 1st day of September, 2006, the foregoing document was served as indicated on the following counsel:

**VIA EMAIL**
Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**VIA EMAIL**
Timothy Q. Delaney, Esq.
Ralph J. Gabric, Esq.
Miyoung Shin, Esq.
Rickard DeMille, Esq.
Brinks Hofer Gilson & Lione
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611

    */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.