**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 06-187 GMS |
| ) | |
| AMERICAN HONDA MOTOR COMPANY, et al. ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

**NOTICE OF SERVICE**

Please take notice that on the 30th day of August, 2006, copies of the following

documents:

**(1)**     **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S SECOND SET OF INTERROGATORIES TO DEFENDANT ELESYS N.A., INC.;**

**(2)**     **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S SECOND SET OF INTERROGATORIES TO DEFENDANT AMERICAN HONDA MOTOR COMPANY; and**

**(3)**     **PLAINTIFF AUTOMOTIVE TECHNOLOGIES INTERNATIONAL'S SECOND SET OF INTERROGATORIES TO DEFENDANT GENERAL MOTORS CORPORATION;**

were served on counsel as indicated:

    **VIA EMAIL AND FIRST CLASS MAIL**
    Ralph Gabric, Esq.
    Brinks Hofer Gilson & Lione
    NBC Tower, Suite 3600
    455 N. Cityfront Plaza Dr.
    Chicago, IL 60611

Dated:  September 1, 2006        */s/ Richard K. Herrmann*

Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300

BANIAK PINE & GANNON
Michael H. Baniak
Attorneys for Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

Additionally, I hereby certify that on the 1st day of September, 2006, the foregoing document was served as indicated on the following counsel:

**VIA EMAIL**
Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE  19801

**VIA EMAIL**
Timothy Q. Delaney, Esq.
Ralph J. Gabric, Esq.
Miyoung Shin, Esq.
Rickard DeMille, Esq.
Brinks Hofer Gilson & Lione
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611

_____*/s/ Richard K. Herrmann*_____
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.