**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN HONDA MOTOR COMPANY, et al. ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 06-187 GMS |

**NOTICE OF SERVICE**

Please take notice that on the 15th day of September, 2006, copies of the following document, **PLAINTIFF'S PRELIMINARY CLAIM DISCLOSURE**, were served on counsel indicated via email:

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Ralph Gabric, Esq.
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N. Cityfront Plaza Dr.
Chicago, IL 60611

Dated: September 15, 2006

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
rherrmann@morrisjames.com

SOMMERS SCHWARTZ, P.C.
Andrew Kochanowski
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300

BANIAK PINE & GANNON
Michael H. Baniak
Attorneys for Plaintiff
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
(312) 673-0360

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2006, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Thomas C. Grimm, Esq.
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    Wilmington, DE  19801

Additionally, I hereby certify that on the 1st day of September, 2006, the foregoing document was served as indicated on the following counsel:

| VIA EMAIL | VIA EMAIL |
|---|---|
| Thomas C. Grimm, Esq. | Timothy Q. Delaney, Esq. |
| Morris, Nichols, Arsht & Tunnell LLP | Ralph J. Gabric, Esq. |
| 1201 North Market Street | Miyoung Shin, Esq. |
| Wilmington, DE  19801 | Rickard DeMille, Esq. |
|  | Brinks Hofer Gilson & Lione |
|  | NBC Tower – Suite 3600 |
|  | 455 North Cityfront Plaza Drive |
|  | Chicago, IL  60611 |

           */s/ Richard K. Herrmann*
           Richard K. Herrmann (I.D. No. 405)
           MORRIS, JAMES, HITCHENS & WILLIAMS LLP
           222 Delaware Avenue, 10th Floor
           Wilmington, Delaware 19801
           (302) 888-6800
           rherrmann@morrisjames.com

           Attorneys for Plaintiff
           AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.