**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-187-GMS |
| AMERICAN HONDA MOTOR CO., INC., ELESYS NORTH AMERICA, INC., and GENERAL MOTORS CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION OF TS TECH USA CORPORATION TO INTERVENE

TS Tech USA Corporation ("TS Tech") hereby moves to intervene in this action pursuant to Fed. R. Civ. P. 24(b). The grounds for this motion are set forth in TS Tech's opening brief, filed herewith.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Benjamin J. Schladweiler*
          Thomas C. Grimm (#1098)
          Benjamin J. Schladweiler (#4601)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347
          tgrimm@mnat.com
          bschladweiler@mnat.com
          (302) 658-9200
           *Attorneys for Intervenor Defendant*
           *TS Tech USA Corporation*

OF COUNSEL:

James D. Curphey
Ryan P. Sherman
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, OH 43215
614/227-2000

October 2, 2006

539508

## **LOCAL RULE 7.1.1 CERTIFICATE**

The undersigned counsel for TS Tech certifies that counsel for TS Tech spoke with counsel for plaintiff and defendants, but was unable to obtain plaintiff's consent to the motion.

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 2, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL  60606

*Attorneys for Plaintiff*
*Automotive Technologies International, Inc.*

Timothy O. Delaney, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower – Suite 3600
45 North Cityfront Plaza Drive
Chicago, IL  60611

*Attorneys for Defendants*
*American Honda Motor Co., Inc.,*
*Elesys North America, Inc., and*
*General Motors Corporation*

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com