**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| _____ ) | | |
| ) | | |
| AUTOMOTIVE TECHNOLOGIES ) | | |
| INTERNATIONAL, INC., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 06-187-GMS | |
| ) | | |
| AMERICAN HONDA MOTOR CO., INC., ) | | |
| ELESYS NORTH AMERICA, INC., and ) | | |
| GENERAL MOTORS CORPORATION, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

## TS TECH USA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Intervenor Defendant TS Tech USA Corporation submits the following in accordance with Fed. R. Civ. P. 7.1:

TS Tech USA Corporation is a wholly owned subsidiary of TS Tech Holding Company which, in turn, is a wholly owned subsidiary of TS Tech Co., Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/     *Benjamin J. Schladweiler*

Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
*Attorneys for Intervenor Defendant*
*TS Tech USA Corporation*

OF COUNSEL:

James D. Curphey
Ryan P. Sherman
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, OH 43215
614/227-2000

October 2, 2006

539504

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 2, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606

*Attorneys for Plaintiff*
*Automotive Technologies International, Inc.*

Timothy O. Delaney, Esquire
Brinks, Hofer, Gilson & Lione
NBC Tower – Suite 3600
45 North Cityfront Plaza Drive
Chicago, IL 60611

*Attorneys for Defendants*
*American Honda Motor Co., Inc.,*
*Elesys North America, Inc., and*
*General Motors Corporation*

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com