IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HONDA MOTOR CO., INC., )<br>et al., )<br>)<br>Defendants. ) | C.A. No. 06-187-GMS |

## DEFENDANTS' NOTICE OF NON-OBJECTION TO MOTION OF TS TECH USA CORPORATION TO INTERVENE

PLEASE TAKE NOTICE THAT Defendants American Honda Motor Co., Inc., Elesys North America, Inc. and General Motors Corporation do not oppose the Motion of TS Tech USA Corporation to Intervene filed on October 2, 2006 (D.I. 42).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/    Benjamin J. Schladweiler*
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
  *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200

October 25, 2006

540889

Case 1:06-cv-00187-GMS   Document 47   Filed 10/25/2006   Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Richard K. Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 25, 2006 upon the following individuals in the manner indicated:

**BY EMAIL**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL  60606

*Attorneys for Plaintiff Automotive Technologies International, Inc.*

James D. Curphey
Porter, Wright, Morris & Arthur LLP
41 South High Street
Columbus, OH  43215

*Attorneys for Intervenor Defendant TS Tech USA Corporation*

/s/ Benjamin J. Schladweiler

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

540889