# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Richard K. Herrmann
(302) 888-6816
rherrmann@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 26, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    *Automotive Technologies International, Inc. v. American Honda Motor Company, Inc., et al.,* **Civil Action No. 06-187-GMS**

Your Honor:

    On Monday, October 2, 2006, third-party TS Tech USA Corporation filed a Motion to Intervene in this matter. We wish to advise, on behalf of plaintiff Automotive Technologies International, Inc., that we have no objection.

                             Respectfully,

                             */s/ Richard K. Herrmann*

                             Richard K. Herrmann, #405
                             rherrmann@morrisjames.com

RKH/sch

cc:    Thomas C. Grimm, Esq. (via email)
        Ralph J. Gabric, Esq. (via email)