IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., ) ) ) Plaintiff, ) ) v. ) ) AMERICAN HONDA MOTOR COMPANY, et al., ) ) Defendants. ) | C.A. No. 06-187-GMS |

**NOTICE OF SERVICE**

I hereby certify that on November 15, 2006, a copy of *Defendant Elesys North America, Inc.'s Response to Plaintiff's First Set of Interrogatories (No. 5)* was served upon counsel of record in the manner indicated:

**BY E-MAIL**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL  60606

- 2 -

           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

           */s/ Benjamin J. Schladweiler*
           _____
           Thomas C. Grimm (#1098)
           Benjamin J. Schladweiler (#4601)
           1201 N. Market Street
           P.O. Box 1347
           Wilmington, DE 19899-1347
           tgrimm@mnat.com
           bschladweiler@mnat.com
           (302) 658-9200
             *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200

November 15, 2006

545734

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on November 15, 2006 upon the following individuals in the manner indicated:

**BY EMAIL**

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue, 10th Floor
> Wilmington, DE  19801
>
> Andrew Kochanowski, Esquire
> SOMMERS SCHWARTZ, P.C.
> 2000 Town Center, Suite 900
> Southfield, MI  48075
>
> Michael H. Baniak, Esquire
> BANIAK PINE & GANNON
> 150 N. Wacker Drive, Suite 1200
> Chicago, IL  60606

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com