# MORRIS JAMES LLP

500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899-2306
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

**Richard K. Herrmann**
(302) 888-6816
rherrmann@morrisjames.com

**Mailing Address**
P.O. Box 2306
Wilmington, DE 19899-2306

December 20, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

> **Re:**  *Automotive Technologies International, Inc. v. American Honda Motor Company, Inc., et al.,* **Civil Action No. 06-187-GMS**

Your Honor:

   Plaintiff would like to supplement the record regarding the Motion to Transfer filed by the Honda Defendants. We wish to bring to the Court's attention the attached Amended Initial Disclosures filed by Defendant Elesys on December 18, 2006. In evaluating the asserted inconvenience of Delaware, it is noted that Elesys now lists five new witnesses in Japan, and two new witnesses in Austin Texas (Freescale Semiconductor, Inc.).

Respectfully,

Richard K. Herrmann, #405
rherrmann@morrisjames.com

RKH/tp
Attachment
cc:    Thomas C. Grimm, Esq. (via email)
       Ralph J. Gabric, Esq. (via email)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AUTOMOTIVE TECHNOLOGIES                )
INTERNATIONAL, INC.,                   )
                                       )
            Plaintiff,                 )
                                       )    Civil Action No. 06-187-GMS
      v.                               )
                                       )
ELESYS NORTH AMREICA INC. ET AL        )
            Defendants.                )
                                       )

**DEFENDANT AND COUNTERCLAIM PLAINTIFF ELESYS NORTH AMERICA
INC.'S SUPPLEMENTAL AND AMENDED INITIAL DISCLOSURES PURSUANT
TO FED. R. CIV. P. 26(e)**

Elesys North American, Inc. ("Elesys") supplements and amends its initial

disclosures based upon its continuing investigation to date.  Elesys notes that its

investigation is ongoing and reserves the right to further modify, amend, or otherwise

supplement these disclosures as additional information becomes available during the

course of this lawsuit.

**INITIAL DISCLOSURE**

**A.      WITNESSES**

Subject to and without waiving the limitations set forth above, Elesys is currently

aware of the following individuals who may have discoverable information that may be

used to support Elesys's claims and/or defenses.

    1.      David S. Breed
            Chairman and CEO
            ATI, Inc.
            Boonton Township, New Jersey

            Development of the alleged inventions of the patents in suit;
            prosecution of patents in suit and prior art; attempts to
            commercialize the subject matter of the patents in suit; attempts to
            license the patents in suit

2.    Wilbur Duvall
      Reed Springs, Missouri

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

3.    Wendell C. Johnson
      210 Riverside Ave.
      Chowchilla, CA 93610

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

4.    Andrew J. Varga
      29292 Marvin Road
      Farmington Hill, MI 48331

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

5.    Jeffrey L. Morin
      911 Saint Johns Blvd.
      Lincoln Park, MI 48146

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

6.    Kunhong Xu
      2792 Broadmoor Drive
      Rochester Hill, MI 48309

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

7.    Tie-Qi Chen
      Cousineau Road
      Windsor, ON N9H
      Canada

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

8.    Michael E. Kussal
      Kiev, Ukraine

      Development of the alleged inventions of the patents in suit;
      prosecution of patents in suit and prior art

2

9.    Karl Milde, Esq.
      Westchester County, New York

      Prosecution of patents in suit and prior art

10.   Samuel Shipkovitz, Esq.
      5829 Nicholson Street
      Pittsburgh, PA 15217

      Prosecution of the patents in suit and prior art

11.   Brian Roffe, Esq.
      11 Sunrise Plaza
      Suite 303
      Valley Stream, New York 11580-6111

      Prosecution of patents in suit and prior art

12.   Susan McCarthy
      Former General Manager
      Elesys North America, Inc.

      Sales and marketing of the accused Elesys products

13.   Esther Anderson
      Systems Engineer
      Elesys North America, Inc.

      Operation of the accused Elesys products

14.   Greg Thompson
      Former Sr. Manager, Systems Engineer
      Elesys North America, Inc.

      Development, design and operation of the accused Elesys
      products; prior art systems

15.   Angus Shieh
      Former Sr. Manager
      Elesys North America, Inc.

      Development, design and operation of the accused Elesys
      products; prior art systems

16. Archie England
    Sr. Manager
    Elesys North America, Inc.

    Development, design and operation of the accused Elesys
    products; prior art systems

17. Masahiro Miyamori
    Sr. Manager
    Elesys North America, Inc.

    Development, design and operation of the accused Elesys
    products; prior art systems

18. Fred Kirksey
    Former Engineer
    Elesys North America, Inc.

    Development, design and operation of the accused Elesys
    products; prior art systems

19. Gin Moyer
    Elesys North America, Inc.

    Financial information concerning the accused Elesys products

20. Satoshi Baba
    Honda-Elesys Co., Ltd.
    Japan

    Development of the accused Elesys products; prior art systems

21. Yoshitaka Oka
    Honda-Elesys Co., Ltd.
    Japan

    Development of the accused Elesys products; prior art systems

22. Kazuyuki Sekine
    Honda-Elesys Co., Ltd.
    Japan

    Development of the accused Elesys products; prior art systems

23.   Hitoshi Kaburagi
      Honda-Elesys Co., Ltd.
      Japan

      Development of the accused Elesys products; prior art systems

24.   Hiroshi Oikawa
      Honda-Elesys Co., Ltd.
      Japan

      Development of the accused Elesys products; prior art systems

25.   Masahiko Fujii
      Honda-Elesys Co., Ltd.
      Japan

      Development of the accused Elesys products; prior art systems

26.   Keiichi Hasegawa
      Honda-Elesys Co., Ltd.
      Japan

      Development of the accused Elesys products, prior art systems

27.   Kazunori Jinno
      Honda-Elesys Co., Ltd.
      Japan

      Development of the accused Elesys products; prior art systems

28.   Ron DeLong
      Freescale Semiconductor, Inc.

      Development of the ASIC used in the accused Elesys products

29.   Ryozo Nakamura
      Freescale Semiconductor, Inc.

      Development of the ASIC used in the accused Elesys products

30.   Philip Rittmueller
      St. Charles, IL

      Development, design and operation of the accused Elesys
      products; prior art systems; pre-lawsuit discussion with ATI
      concerning one or more of the patents in suit

5

31.   Joshua Smith
      Intel Corporation

      Prior art, and development of efield sensing

32.   Dr. Neil Gershenfeld
      Director
      M.I.T. Media Lab

      Prior art, and development of efield sensing

**B.   DOCUMENTS**

Based upon information reasonably available to Elesys at this time, and subject to

the limitations set forth above, the following categories of documents and things that are

in the possession, custody and control of Elesys and which may be used to support

Elesys's claims and defenses:

1.   The patents in suit;

2.   The file histories of the patents in suit;

3.   Documents showing the operation and configuration of the accused

     Elesys products;

4.   Documents relating to the development, testing, calibration and

     marketing of the accused Elesys products;

5.   Documents relating and/or constituting prior art in the field of

     occupant sensing and detection;

6.   Documents relating to the costs, revenues and margins associated

     with the accused Elesys products;

7.   Documents relating to the development of the accused Elesys

     products; and

8.    Documents relating to the installation of the accused Elesys

products into automobiles sold by General Motors Corporation and

American Honda Motor Co., Inc.

These documents are likely to be located at 44191 Plymouth Oaks, Blvd., Suite

1200, Plymouth, Michigan 48170; 455 N. Cityfront Plaza Drive, Chicago, Illinois 60611;

and 70 Crestridge Drive, Suite 150, Suwanee, GA 30024.

**C.    COMPUTATION OF DAMAGES**

Among other possible relief, Elesys is seeking its attorneys' fees under 35 U.SC.

§ 285, as this is an exceptional case.  Elesys will also seek prejudgment interest.  As of

this time, Elesys measure of damages is yet undetermined.

7

**D.    INSURANCE AGREEMENTS**

As presently advised, Elesys is unaware of any insurance agreement under which someone carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in this action or to indemnify or reimburse Elesys for payments made to satisfy any judgment in this action.

BRINKS HOFER GILSON & LIONE

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
ati-elesys@usebrinks.com
(312) 321-4200
*Attorneys for Defendants*

Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
*Attorneys for Defendants*

December 18, 2006

8

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were caused to be

served on December 18, 2006, upon the following individuals in the manner indicated:


**BY Email**

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
Email: akochanowski@sommerspc.com

Michael H. Baniak, Esquire
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, IL 60606
Email: baniak@bpglaw.com

Richard K. Hermann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Email: rherrmann@morrisjames.com


Ralph J. Gabric
rgabric@usebrinks.com
*Attorney for Defendants*