IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-187-GMS |
| v. | ) ) | |
| AMERICAN HONDA MOTOR COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I hereby certify that on January 9, 2007, copies of *Joint Defendants' Second Set of Requests for Production of Documents and Things Directed to Plaintiff* were served upon counsel of record in the manner indicated:

**BY E-MAIL**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075

Michael H. Baniak, Esquire
McDONNELL BOEHNEN HULBERT & BERTHOFF LLP
300 South Wacker Drive
Chicago, IL  60606

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Thomas C. Grimm*

                                        _____
                                        Thomas C. Grimm (#1098)
                                        Benjamin J. Schladweiler (#4601)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        tgrimm@mnat.com
                                        bschladweiler@mnat.com
                                        (302) 658-9200
                                          *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200

January 11, 2007
521066

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Richard K. Herrmann, Esquire
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 11, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL**

    Richard K. Herrmann, Esquire
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801

    Andrew Kochanowski, Esquire
    SOMMERS SCHWARTZ, P.C.
    2000 Town Center, Suite 900
    Southfield, MI  48075

    Michael H. Baniak, Esquire
    McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
    300 South Wacker Drive
    Chicago, IL  60606

                                      */s/ Thomas C. Grimm*

                                      Thomas C. Grimm (#1098)
                                      tgrimm@mnat.com

521066