IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., ELESYS NORTH AMERICA, INC. and GENERAL MOTORS CORPORATION, <br><br> Defendants. | Civil Action No. 06-187-GMS |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Please take notice of the following new firm name, address, telephone number, facsimile number, and email address for counsel of record for the Plaintiff:

> Michael H. Baniak
> baniak@mbhb.com
> McDonnell Boehnen Hulbert & Berghoff
> 300 South Wacker Drive
> Chicago, Illinois  60606
> 312-913-0001  Telephone
> 312-913-0002  Facsimile

January 17, 2007

*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware  19801-1494
(302) 888-6800
mmatterer@morrisjames.com

Michael H. Baniak
MCDONNELL BOEHNEN HULBERT & BERGHOFF
300 South Wacker Drive
Chicago, Illinois  60606
312-913-0001  Telephone
312-913-0002  Facsimile

Andrew Kochanowski
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300 Telephone
(248) 936-2140 Facsimile

Attorneys for Plaintiff
AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, the foregoing document was electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following attorneys:

>   Thomas C. Grimm
>   MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>   P.O. Box 1347
>   Wilmington, Delaware 19899-1347

Additionally, I hereby certify that on January 17, 2007, the foregoing document was served as indicated on the following:

**VIA EMAIL AND HAND DELIVERY**

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
P.O. Box 1347
Wilmington, Delaware 19899-1347

**VIA EMAIL AND U.S. MAIL**

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard K. DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611


*/s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com