IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 06-187-GMS ) ) ) ) ) ) |

## DEFENDANTS' JOINT MOTION TO STAY PENDING RE-EXAMINATION OF THE PATENTS IN SUIT

Defendants American Honda Motor Co., Inc., Elesys North America, Inc. and General Motors Corporation hereby move to stay this action pending re-examination of the five patents in suit. The grounds for this motion are set forth in the Opening Brief in Support of Defendants' Joint Motion to Stay Pending Re-Examination of the Patents in Suit filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin J. Schladweiler*

Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
  *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4200

January 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 23, 2007 upon the following individuals in the manner indicated:

**BY EMAIL**

> Richard K. Herrmann, Esquire
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 500 Delaware Avenue, Suite 1500
> Wilmington, DE  19801

> Andrew Kochanowski, Esquire
> SOMMERS SCHWARTZ, P.C.
> 2000 Town Center, Suite 900
> Southfield, MI  48075

> Michael H. Baniak, Esquire
> MCDONNEL BOEHNEN HULBERT & BERGHOFF
> 300 South Wacker Drive
> Chicago, IL  60606

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

699461