IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., : : : Plaintiff, : : v. : AMERICAN HONDA MOTOR CO., INC., : ELESYS NORTH AMERICA, INC. and : GENERAL MOTORS CORPORATION, : : Defendants. : | Civil Action No. 06-187-GMS |

## ORDER

At Wilmington this **25th** day of **January, 2007,**

IT IS ORDERED that the mediation conference scheduled for Monday, June 4, 2007 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE