IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>AMERICAN HONDA MOTOR CO., INC., ELESYS NORTH AMERICA, INC. and GENERAL MOTORS CORPORATION,<br><br>     Defendants. | Civil Action No. 06-187-GMS |

### NOTICE OF SERVICE

Please take notice that on January 31, 2007, copies of Plaintiff's Proposed Claim Constructions were served upon counsel of record listed below via facsimile and U.S. mail, postage prepaid.

| | |
|---|---|
| Thomas C. Grimm | Ralph J. Gabric |
| Benjamin J. Schladweiler | Timothy Q. Delaney |
| Morris, Nichols, Arsht & Tunnell | Miyoung Shin |
| P.O. Box 1347 | Rickard K. DeMille |
| Wilmington, Delaware 19899-1347 | Brinks Hofer Gilson & Lione |
| | NBC Tower, Suite 3600 |
| | 455 N. Cityfront Plaza Drive |
| | Chicago, Illinois 60611 |

Please take further notice that on November 21, 2006, a copy of Plaintiff's Proposed Claim Terms for Construction was served upon counsel of record listed below via facsimile and U.S. mail, postage prepaid.

    Ralph J. Gabric
    Timothy Q. Delaney
    Brinks Hofer Gilson & Lione
    NBC Tower, Suite 3600
    455 N. Cityfront Plaza Drive
    Chicago, Illinois 60611

| | |
|---|---|
| February 8, 2007 | */s/ Richard K. Herrmann*<br>Richard K. Herrmann (I.D. No. 405)<br>Mary Matterer (I.D. No. 2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware 19801-1494<br>(302) 888-6800<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br><br>Michael H. Baniak<br>MCDONNELL BOEHNEN HULBERT & BERGHOFF<br>300 South Wacker Drive<br>Chicago, Illinois 60606<br>312-913-0001 Telephone<br>312-913-0002 Facsimile<br><br>Andrew Kochanowski<br>SOMMERS SCHWARTZ, P.C.<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300 Telephone<br>(248) 936-2140 Facsimile<br><br>Attorneys for Plaintiff<br>AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC. |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, the foregoing Notice of Service was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Thomas C. Grimm
>Benjamin J. Schladweiler
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>P.O. Box 1347
>Wilmington, Delaware  19899-1347

Additionally, I hereby certify that on the same date, the foregoing Notice of Service was served via email on the above counsel, and on the counsel listed below:

>Ralph J. Gabric
>Timothy Q. Delaney
>Miyoung Shin
>Rickard K. DeMille
>BRINKS HOFER GILSON & LIONE
>NBC Tower, Suite 3600
>455 N. Cityfront Plaza Drive
>Chicago, Illinois  60611

>/s/ Richard K. Herrmann
>Richard K. Herrmann (I.D. No. 405)
>Mary Matterer (I.D. No. 2696)
>MORRIS JAMES LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware  19801-1494
>(302) 888-6800
>rherrmann@morrisjames.com
>mmatterer@morrisjames.com