IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-187-GMS |
| AMERICAN HONDA MOTOR COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**REPLY IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STAY
PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**

**I.  INTRODUCTION**

The U.S. Patent and Trademark Office ("PTO") granted all five requests for reexamination that Defendants filed. The non-reexamined patents-in-suit share subject matter, ancestry, and claim terms with the five reexamined patents-in-suit. Thus, the outcome of the pending reexaminations will impact all of the patents in this case. Moreover, Defendants are currently evaluating additional reexamination requests for the non-reexamined patents.

In addition, Plaintiff no longer opposes a stay of this case. A stay of this case pending the outcome of reexamination should be granted. A proposed order accompanies this reply, attached as Exhibit A.

**II.  PLAINTIFF DOES NOT OPPOSE A STAY OF THE CASE**

On February 9, 2007, ATI filed its response to Defendants' motion to stay. (D. I. 70). On February 15, 2007, ATI changed its mind and stated that "the plaintiff [would]

no longer be objecting to the defendants' motion to stay" (D. I. 73). Plaintiff's non-objection strongly weighs in favor of a stay.

## III. THE REEXAMINATIONS WILL IMPACT ALL THE PATENTS-IN-SUIT

The PTO has granted each request for reexamination that Defendants filed as to five patents-in-suit, U.S. Patent Nos. 6,712,387 ("the '387 patent"), 6,484,080 ("the '080 patent"), 6,325,414 ("the '414 patent"), 6,757,602 ("the '602 patent") and 6,942,248 ("the '248 patent").

The reexaminations will impact this Court's action with respect to the remaining patents-in-suit, as they share ancestry with those that will be reexamined. U.S. Patent No. 6,397,136 ("the '136 patent") is a parent to the '602 patent; the '080 patent is a parent to U.S. Patent Nos. 6,850,824 ("the '824 patent") and 6,958,451 ("the '451 patent"); U.S. Patent No. 6,422,595 is a parent to the '248 patent; and the '387 patent is a parent to U.S. Patent No. 6,950,022 ("the '022 patent").

Also, the subject matter of the patents in suit is the same. All of the patents in suit are directed to an airbag controlling system based on occupant sensing. The '248, '100, '824, '080, '387 and '414 patents are directed to airbag controlling system and method. The '602, '136, '022 and '451 patents, 5,901,978 ("the '978 patent"), 6,422,595 ("the '595 patent"), and 6,242,701 ("the '701 patent") are directed to occupant sensing system for airbag control.

In addition, the thirteen patents-in-suit share numerous claim terms, such as *pattern recognition, occupancy state of a seat, a capacitive sensor, electromagnetic, receiving means or receiver, waves, weight sensors or weight sensing systems, occupying item, vehicular component, sensors or transducers, strain gages, position, presence, size, means for determining or determining means, a control system, a control circuit,* and

*control means*. Thus, the Court will benefit from the reexaminations which will provide additional intrinsic evidence on the meanings of these terms.

### IV.  MORE REQUESTS FOR REEXAMINATIONS MAY BE FILED

Defendants initially prepared and filed five reexamination requests. In the short period since ATI filed this action, Defendants lacked sufficient resources to complete reexamination requests for all of the patents-in-suit. Now that Defendants have received the benefit of the PTO's action, it is evaluating filing additional reexamination requests.

### V.  CONCLUSION

ATI no longer opposes to the motion to stay. A stay pending outcome of the reexamination should be granted in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
   *Attorneys for Defendants*

OF COUNSEL:

Timothy Q. Delaney
Ralph J. Gabric
Miyoung Shin
Rickard DeMille
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4200

February 16, 2007
742752

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Richard K. Herrmann, Esquire
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on February 16, 2007 upon the following individuals in the manner indicated:

**BY HAND & E-MAIL**

Richard K. Herrmann, Esquire
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801

**BY E-MAIL**

Andrew Kochanowski, Esquire
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075
Email: Akochanowski@sommerspc.com

Michael H. Baniak, Esquire
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL  60606
Email: baniak@mbhb.com

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

742752

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 06-187-GMS |
| AMERICAN HONDA MOTOR COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

WHEREAS, Defendants having filed a Joint Motion to Stay these proceedings pending reexamination by the United States Patent and Trademark Office of five of the patents-in-suit; and

WHEREAS, the Court having found good cause for the Motion,

IT IS HEREBY ORDERED this _____ day of _____, 2007, that:

1. Defendants, Elesys North America, Inc., American Honda Motor Co., Inc., and General Motors Corporation's Joint Motion to Stay Proceedings Pending Reexamination is **GRANTED**; the proceedings are stayed from the date of this Order until further notice; and,

2. The Plaintiff shall advise the Court when the PTO reexaminations are completed.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

742482