IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INT'L, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-187 GMS |
| AMERICAN HONDA MOTOR CO., INC., ET AL ) | |
| Defendants. ) | |
| AUTOMOTIVE TECHNOLOGIES INT'L, INC., ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-391 GMS |
| HYUNDAI MOTOR AMERICA, ET AL ) | |
| Defendants. ) | |

**ORDER**

IT IS HEREBY ORDERED THAT:

    The above-captioned action be STAYED pending re-examination of at least five patents in suit by the Patent and Trademark Office, or until such time as the court lifts the stay of its own volition or pursuant to a motion by either party. The parties shall submit a joint status report to the court every six months, with the first status report due on August 21, 2007.

Dated: February 23, 2007                        /s/ Gregory M. Sleet
                                                      UNITED STATES DISTRICT JUDGE