**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN HONDA MOTOR COMPANY, )<br>ELESYS NORTH AMERICA, INC., and )<br>GENERAL MOTORS CORPORATION, )<br>)<br>Defendants. ) | C.A. No. 06-187-GMS |
| AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYUNDAI MOTOR AMERICA, )<br>BMW OF NORTH AMERICA, LLC, and )<br>KIA MOTORS AMERICA, INC. )<br>)<br>Defendants. ) | C.A. No. 06-391-GMS |

## JOINT STATUS REPORT

The parties submit this semi-annual[1] status report concerning the above captioned cases, which have been stayed pending the resolution of various *ex-parte* and *inter parte* requests for reexamination of a number of the patents-in-suit. The requests for

---

[1] The last status report was filed March 10, 2009. Defendants provided a draft Joint Status Report to Plaintiff's counsel for filing on September 18, 2009. Defendants also sent a reminder to file on October 1, 2009. It apparently was never filed. On September 15, 2009, this Court issued an Order denying plaintiff's motion to lift the stay.

reexamination were made by certain of the Defendants in the *ATI v Elesys/Honda* litigation.[2]

Two of the patents-in-suit (the '080 and '602 patents) that were the subject of reexaminations have emerged with amended claims, including many of the asserted claims, and other claims reconfirmed by the PTO without amendment. Six of the eight relevant reexaminations are still pending.[3] In particular, the PTO examiners initially handling the reexams have issued Final rejections for each of the '387, '978, '248, '414, '136, and '595 patents.[4] Plaintiff has appealed the '387 and '248 patent reexaminations to the Board of Patent Appeals and Interferences.

Finally, one of defendants in the *ATI v Elesys/Honda* litigation, which was formally known as General Motors Corporation and is now Motors Liquidation Co., is still in bankruptcy.[5]

---

[2] Certain of the *Honda* defendants initially sought reexamination of five patents, and subsequently sought reexamination of several additional patents. The eight patents subject to reexamination are the following: U.S. Pat. Nos. 6,712,387 ("the '387"), 6,325,414 ("the '414"), 6,942,248 ("the '248"), 6,484,080 ("the '080"), 6,757,602 ("the '602"), 6,422,595 ("the '595"), 6,397,136 ("the '136"), and 5,901,978 ("the '978"). The *Hyundai* defendants have not sought any reexaminations.

[3] A reexamination certificate for the '080 patent issued on August 19, 2008 and a reexamination certificate for the '602 patent issued on Dec. 30, 2008. The '387, the '414, the '248, the '595, the '136, and the '978 still remain in pending reexamination proceedings.

[4] *See* the '387 patent reexamination (April 9, 2009 Advisory Action maintaining the rejection of claims 1-12, 15-27 and 29-53); '978 patent reexamination (September 26, 2009 Final Rejection rejecting claims 1-53); '248 patent reexamination (May 28, 2009 Right of Appeal Notice maintaining the rejections of claims 1-8, 11-16, 19, 24, 32, 37, 44, 46 and 48-71); '414 patent reexamination (March 25, 2010 Action Closing Prosecution rejecting claims 1-13, 16-20, 23-35, 37-39 and 41-84); '136 patent reexamination (December 22, 2009 Action Closing Prosecution rejecting claims 1, 8, 9, 17, 24, 26, 27, 29, 36, 45, 49, 56, 57, 66, 69, 70 and 71-74); and '595 patent reexamination (January 29, 2010 Action Closing Prosecution rejecting 1, 3-6, 11-17, 19, 24-28, 30-38 and 40-112).

[5] *See* Case No. 06-187 Notice of Bankruptcy (D.I. 88).

| | |
|---|---|
|   /s/ Richard K. Herrmann   |   /s/ Thomas C. Grimm   |
| Richard K. Herrmann (I.D. #405) | Thomas C. Grimm (I.D. #1098) |
| Mary B. Matterer (I.D. #2696) | Benjamin J. Schladweiler (I.D. #4601) |
| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & |
| 500 Delaware Avenue, Suite 1500 |    TUNNELL, LLP |
| Wilmington, Delaware 19801-1494 | 1201 N. Market Street |
| | Wilmington, Delaware 19899-1347 |
| Andrew Kochanowski | |
| SOMMERS SCHWARTZ, P.C. | Timothy Q. Delaney |
| 2000 Town Center, Suite 900 | Ralph J. Gabric |
| Southfield, Michigan 48075 | Miyoung Shin |
| | Rickard K. DeMille |
| Michael H. Baniak | BRINKS HOFER GILSON & LIONE |
| MCDONNELL BOEHNEN HULBERT | NBC Tower, Suite 3600 |
|    & BERGHOFF | 455 N. Cityfront Plaza Drive |
| 300 South Wacker Drive | Chicago, IL 60611 |
| Chicago, IL 60606 | |
| | Attorneys for Defendants |
| Attorneys for Plaintiff | AMERICAN HONDA MOTOR |
| AUTOMOTIVE TECHNOLOGIES | COMPANY, ELESYS NORTH |
| INTERNATIONAL, INC. | AMERICA, INC., and GENERAL |
| | MOTORS CORPORATION |
| | |
|   /s/ Patricia S. Rogowski   |   /s/ David E. Moore   |
| Paul E. Crawford (I.D. #493) | Richard L. Horwitz (I.D. #2246) |
| Patricia S. Rogowski (I.D. #2632) | David E. Moore (I.D. #3983) |
| CONNOLLY BOVE LODGE | POTTER ANDERSON & |
|    & HUTZ LLP |    CORROON LLP |
| The Nemours Building, 8th Floor | Hercules Plaza, 6th Floor |
| 1007 North Orange St. | 1313 N. Market St. |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| | |
| Jin-Suk Park | Joseph P. Lavelle |
| AKIN GUMP STRAUSS HAUER & | Thomas M. Dunham |
|    FELD LLP | HOWREY LLP |
| Robert S, Strauss Building | 1299 Pennsylvania Ave. NW |
| 1333 New Hampshire Ave. NW | Washington, DC 20004 |
| Washington, DC 20036 | |
| | Attorneys for Defendant |
| Attorneys for Defendants | BMW of NORTH AMERICA LLC |
| HYUNDAI MOTOR AMERICA and | |
| KIA MOTORS AMERICA, INC. | |

Dated:  May 11, 2010